IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00725-CMA-BNB

FREDERICK D. DEBERRY,

Plaintiff,

v.

BLAKE R. DAVIS,
J. FOX, and
D. SPROUL,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Strike** [Doc. #39, filed 12/10/2010] (the

"Motion"). The Motion is DENIED.

The defendants filed a Motion to Dismiss [Doc. #18] on August 26, 2010. The plaintiff

filed a response to the Motion to Dismiss [Doc. #26] on September 27, 2010. The defendants

filed a reply in support of their Motion to Dismiss [Doc. #28] on October 4, 2010.

The plaintiff seeks an order striking the defendants' Motion to Dismiss and reply brief

because counsel for defendants did not provide him with copies of the unpublished opinions

cited in the briefs as required by D.C.COLO.LCivR. 7.1(D). The defendants state that copies of

the cases were mailed to the plaintiff on December 13, 2010. *Defendants' Response to Plaintiff's*

*Motion to Strike* [Doc. 41].

IT IS ORDERED that the Motion is DENIED AS MOOT.[1]

Dated February 3, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1]The plaintiff did not seek additional time to file his response to the Motion to Dismiss, nor did he seek an opportunity to revise or supplement his response.